**Maria Rosa Reyes OROZCO,**
**Petitioner,**

v.

**Alberto R. GONZALES, Attorney**
**General, Respondent.**

**No. 06–71162.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2007 *.

Filed March 16, 2007.

Maria Rosa Reyes Orozco, N. Hollywood, CA, pro se.

District Director, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Attorney, Regina Byrd, Esq., DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

### MEMORANDUM **

Maria Rosa Reyes Orozco, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' summary affirmance of an immigration judge's decision denying her application for cancellation of removal on the ground that she failed to meet the hardship requirement of 8 U.S.C. § 1229b(b)(1)(D). 8 U.S.C. § 1252(a)(2)(B)(i) deprives us of jurisdiction to review the discretionary hardship determination. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir. 2005). We therefore dismiss the petition for review.

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.